# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-0895

_____

MYRON TOBLER,

    Petitioner,

v.

STATE OF FLORIDA, FLORIDA
DEPT. OF CORRECTIONS,
QUINN/Warden at Santa Rosa
C.I.,

    Respondents.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.

November 27, 2024

PER CURIAM.

    DISMISSED. *See Baker v. State*, 878 So. 2d 1236 (Fla. 2004).

ROBERTS, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Myron Tobler, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondents.